IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| DEANNA S. FREEMAN | § | |
| --- | --- | --- |
| | § | |
| v | § | No. 2:09CV24 |
| | § | |
| DODEKA, LLC, ET AL. | § | |

| REINA E. DEVLUGHT | § | |
| --- | --- | --- |
| | § | |
| v | § | No. 2:09CV25 |
| | § | |
| DODEKA, LLC, ET AL. | § | |

## **ORDER**

The above-entitled and numbered causes of action have been referred to the undersigned for purposes of conducting a mediation conference. Currently, the mediation is set August 26, 2009. By letter dated August 18, counsel for Defendant Dodeka, L.L.C. informed the Court he is unable to attend the mediation on August 26, 2009 and requests the date be changed. According to the August 18 letter, counsel for Plaintiff and Defendant Burroughs Law Firm are not opposed to a change in the mediation date.

The mediation is now set for September 8, 2009 at 10:00 a.m. All other orders contained in the original Order Scheduling Mediation Conference will remain in effect.

**SIGNED this 21st day of August, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE